# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| LISA FREELAND, | : | |
| Plaintiff, | : | CASE NO. 2:09-cv-00740 |
| v. | : | JUDGE SMITH |
| YOLANDA RUSSELL, *et al.*, | : | MAGISTRATE JUDGE KEMP |
| Defendants. | : | |

## DISMISSAL ENTRY

Defendants have informed the Court that this matter has been settled and the settlement check was sent to Plaintiff on October 31, 2012, and was cashed on November 5, 2012. Defendants attempted to contact Plaintiff to submit a stipulation of dismissal to the Court, however, Plaintiff failed to respond. The Court was able to contact Plaintiff and she confirmed that she received the check.

Since the parties have resolved all claims in this action, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

 */s/ George C. Smith*

**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**